IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CARGILL, INCORPORATED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. )CIVIL ACTION NO._____ | |
| ) | |
| M/T MALBEC, HER ENGINES, ) | |
| TACKLE, etc., <u>in rem</u>, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR ISSUANCE OF WARRANT OF MARITIME ARREST

**WHEREAS,** on July 10th, 2013, Plaintiff filed its Complaint in Admiralty for damages alleged to be due Plaintiff and praying for issuance of process in the form of a Warrant of Maritime Arrest of property, goods, and chattels, or credits and effects, namely the **M/T MALBEC, her engines, tackle, etc.,** currently berthed at Vopak, Savannah Terminal, Brampton Road/Georgia Ports Authority, Savannah, Georgia, pursuant to Rules C and E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and upon reading the Verified Complaint for issuance of the Warrant of Maritime Arrest, and the Court finding that the conditions for an action under Supplemental Admiralty Rule C and Rule E appear to exist, it is hereby

**ORDERED,** that the Clerk shall issue process in form of a Warrant of Maritime Arrest as prayed for in the Complaint and that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further,

1

**ORDERED,** that the U. S. Marshal is not to interfere with the loading or unloading of the **M/T MALBEC.**

The Plaintiff is responsible for paying for all expenses associated with the arrest and custody of the vessel while under arrest. If other parties intervene as Plaintiffs, the original Plaintiff is responsible for collecting any monies from other intervening Plaintiffs for their portion of any expenses associated with the arrest and custody of the vessel while under arrest.

**ORDERED,** that a copy of this order be attached to and served with the said process of Warrant of Maritime Arrest.

DATED this 10th day of July, 2013

**SO ORDERED:**

_____
United States District Court Judge
Southern District of Georgia