IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CARGILL, INCORPORATED ) | |
| ) | |
| Plaintiff, ) | CV413 170 |
| ) | |
| vs. ) | CIVIL ACTION NO._____ |
| ) | |
| M/T MALBEC, HER ENGINES, ) | |
| TACKLE, etc., in rem, ) | |
| ) | |
| Defendant. ) | |

## ORDER AUTHORIZING SUBSTITUTE CUSTODIAN

The United States Marshal is hereby expressly authorized to employ H. David Scott of Southeastern Marine Surveying Company of Savannah, Georgia through its officer and employee, H. David Scott, to act as substitute custodian of the **M/T MALBEC** during the pendency of this action or further Order of this Court.

Plaintiff, **CARGILL, INCORPORATED**, in consideration of the U. S. Marshal's consent to the substitution of custody, agrees to release the United States and the U. S. Marshal's service from any and all liability and responsibility arising out of the arrest of the **M/T MALBEC**. Plaintiff further agrees to hold harmless and indemnify the United States and the U. S. Marshal's service from any all claims whatsoever arising out of the substitute custodian's possession and safe-keeping of said vessel.

This 10th day of July, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

1