**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Cargill, Incorporated | COURT CASE NUMBER<br>CV413-170 |
|---|---|
| DEFENDANT<br>M/T Malbec, Her Engine, Tackle, etc. in rem | TYPE OF PROCESS<br>*Civil - Arrest* |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

M/T Malbec,

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Bouhan+ Falligant LLP<br>Attn: Ed Robb<br>P.O. Box 2139<br>Savannah, GA 31402 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                  Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>912-232-7000 | DATE<br>7/10/13 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 21 | District to Serve<br>No. 21 | Signature of Authorized USMS Deputy or Clerk<br>*Sherry M. Knight* | Date<br>7/10/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Captain Igor Aleksanorov, M/T Malbec | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)*<br>VOPAK Terminal<br>Brampton Road<br>Garden City, GA 31408 | Date<br>07/10/2013 | Time<br>5:20 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>$110.00 | Total Mileage Charges including *endeavors)*<br>$23.73 | Forwarding Fee<br>∅ | Total Charges<br>$133.73 | Advance Deposits | Amount owed to U.S. Marshal) or (Amount of Refund*)<br>$0.00  $133.73 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

EDWIN D. ROBB
EMAIL: EDROBB@BOUHAN.COM
DIRECT DIAL: (912) 644-5742

July 10, 2013

US Marshal Service
Savannah – District Headquarters
125 Bull Street
Savannah, Georgia   31401

      RE:    Cargill Incorporated v. M/T MALBEC, Her engines, tackle, etc., in rem
              In the United States District Court for the Southern District of Georgia
              Civil action No:  4:13-cv-00170-WTM-GRS

Dear Marshal:

      Inasmuch as he vessel interests have posted security which are acceptable to Plaintiff, you are hereby authorized to release the M/T MALBEC from arrest.

      Please contact me should you have any questions concerning this matter.

                               Very truly yours,

                               Edwin D. Robb
                               For the Firm

EDR/lrw

cc:    John F. Fay., Jr.

*I, DUSM Mark Wilcox of the Southern District of Georgia, have executed the release of the vessel M/T Malbec from arrest on this day, July 10, 2013, at 7:00 PM.*

*DUSM Mark Wilcox*
*for USM Stephen J. Smith*
*Southern District of Georgia*