**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| **CARGILL, INCORPORATED** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO: CV413-170 |
| | ) |
| **M/T MALBEC, HER ENGINES,** | ) |
| **TACKLE, etc., in rem,** | ) |
| | ) |
|       **Defendant.** | ) |

**CARGILL, INCORPORATED'S CERTIFICATE
OF INTERESTED PERSONS**

COMES NOW, **CARGILL, INCORPORATED,** ("Cargill" or "Plaintiff"), and by and through its undersigned counsel of record, herewith respectfully submits its Certificate of Interested Persons, and shows this Honorable Court as follows:

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned, counsel of record for Cargill, Incorporated, certifies that the following is a full and complete list of the parties in this action:

**Cargill, Incorporated**                                             **Plaintiff**

**M/T MALBEC, her engines, tackle, etc., in rem**        **Defendant**

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above identified parties:

    **See Exhibit "A" Attached hereto.**

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or

any other interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

The following corporations have a corporate relationship with Plaintiff and may have a financial interest in this case:

**Cargill Palm Products SDN BHD and Cargill International Trading PTE Ltd.**

Respectfully submitted this 1st day of August, 2013.

**BOUHAN FALLIGANT LLP**

**/s/ Edwin D. Robb**
EDWIN D. ROBB
Georgia Bar No. 607900
TODD M. BAIAD
Georgia Bar No. 031605

*Attorneys for Plaintiff*

Bouhan Falligant, LLP
The Armstrong House
447 Bull Street (31401)
Post Office Box 2139
Savannah, Georgia 31402-2139
(912) 232-7000 Telephone
(912) 233-0811 Facsimile