# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHER DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **CARGILL, INCORPORATED**<br><br>                    **Plaintiff**<br><br>**VERSUS**<br><br>**M/T MALBEC, her engines, tackle, apparel, etc.,** *in rem*<br><br>                    **Defendant** | **CIVIL ACTION NO. 4:13-170** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW COMES,** Plaintiff, CARGILL, INCORPORATED, through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its Verified Complaint [Record Doc. #001] in the above-captioned civil action, without prejudice. Undersigned counsel hereby certifies that the defendant named in the Verified Complaint has not answered or otherwise pled in response to the Complaint.

Respectfully submitted, this 17th day of October, 2013.

                                        **BOUHAN + FALLIGANT LLP**

                                        */s/ Edwin D. Robb*
                                        _____
                                        EDWIN D. ROBB
                                        Georgia Bar No. 607900
                                        TODD M. BAIAD
                                        Georgia Bar No. 031605
                                        *Attorneys for Plaintiff*

Bouhan + Falligant, LLP
The Armstrong House
447 Bull Street (31401)
Post Office Box 2139
Savannah, Georgia 31402-2139
Telephone: (912) 232-7000
Facsimile: (912) 233-0811

**OF COUNSEL:**

John F. Fay., Jr.
FAY NELSON & FAY, LLC
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2252
Facsimile: (504) 383-8920
jfay@faynelsonfay.com

*Attorneys for Cargill, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has on this 17th day of October 2013, been filed electronically and notice will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. A copy has also been sent to known counsel for the defendant by electronic mail.

*/s/ Edwin D. Robb*

Edwin D. Robb.