IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CARGILL, INCORPORATED,           )
                                 )
     Plaintiff,                  )
                                 )
v.                               )     CASE NO. CV413-170
                                 )
M/T MALBEC, HER ENGINES,         )
TACKLE, APPAREL, ETC., in        )
rem,                             )
                                 )
     Defendant.                  )
_____)

ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal.  (Doc. 13.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23RD day of October 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA